UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILMAR RAMOS–GOMEZ,

       Plaintiff,                                Case No. 1:20–cv–969

v.                                            Hon. Robert J. Jonker

REBECCA ADDUCCI, et al.,

       Defendants.

_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Scheduling Conference |
| Date/Time: | February 22, 2021   03:00 PM *(previously set for 1/14/21)* |
| Chief Judge: | Robert J. Jonker |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

                                                            ROBERT J. JONKER
                                                            Chief United States District Judge

Dated:  December 16, 2020       By:   /s/ Susan Driscoll Bourque
                                                       Case Manager