UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILMAR RAMOS-GOMEZ,

    Plaintiff,

v.

CASE No. 1:20-CV-969

HON. ROBERT J. JONKER

REBECCA ADDUCCI, et al.,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered this day, Judgment is entered dismissing this case in favor of Defendants against Plaintiff Jilmar Ramos-Gomez for failure to state a claim under Rule 12(b)(6).

Dated:   January 26, 2022         /s/ Robert J. Jonker
                                                          ROBERT J. JONKER
                                                          CHIEF UNITED STATES DISTRICT JUDGE